# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **EDWARD W. JOHNSON,** Petitioner | **CIVIL ACTION NO. 5:19-CV-379-P** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **DARREL VANNOY,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is hereby DENIED and DISMISSED with prejudice as time-barred under 28 U.S.C. § 2244(d)(1)(A).

THUS DONE AND SIGNED at Shreveport, Louisiana, this 6th day of December, 2019.

_____
**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**